IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

SPD, LLC, et al,
    Plaintiff,

v.

First Banks, Inc.,
    Defendant.

Case No. 1:15-cv-1443-JES-JEH

### Order

The Plaintiff's Complaint (Doc. 1) asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction. The allegations of the Complaint do not sufficiently support that assertion.

The Complaint alleges the following information about the parties. Plaintiff SPD is an Illinois series limited liability company which has at all relevant times conducted business in the County of Peoria, State of Illinois. Plaintiff Fulton Bouldin is a citizen of the State of Illinois. Defendant First Banks, Inc. is a Missouri corporation with its "principal place [sic] in Hazelwood, Missouri."

Citizenship for diversity purposes of a limited liability company is the citizenship of each of its members. *Wise v. Wachovia Securities, LLC*, 450 F.3d 265, 267 (7th Cir. 2006). Thus, the Court must know the identity of each member of Plaintiff SPD, as well as each member's citizenship. *Hicklin Engineering, L.C. v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006). If applicable, the Court must also know each member's members' citizenship. *Id*.

1

Accordingly, the Plaintiff is directed to file an amended complaint that adequately alleges the factual basis for this Court's jurisdiction. The amended complaint shall be filed within 14 days of this date.

*It is so ordered.*

Entered on October 29, 2015.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE